**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 96-7105**

———————

DANNY LAMONT YARBOROUGH,

Plaintiff - Appellant,

versus

OFFICER SMITH; SERGEANT NORD; CAPTAIN BRITT;
NURSE BUNN,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, District Judge. (CA-95-935-5-BO)

———————

Submitted: January 23, 1997        Decided: February 4, 1997

———————

Before RUSSELL, WILKINS, and WILLIAMS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Danny Lamont Yarborough, Appellant Pro Se. William Dennis Worley, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Yarborough v. Smith, No. CA-95-935-5-BO (E.D.N.C. July 1, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED